UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW CHILDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:21CV1283 HEA |
| PERFICIENT, INC., | ) ) ) |
| Defendant, | ) |

### JUDGMENT

In accordance with the Opinion, Memorandum, and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Summary Judgment is entered in favor of Defendant and against Plaintiff.

Dated this 2nd day of August, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

1